# United States Court of Appeals
## For the First Circuit

No. 99-1687

SOONDAR MAHADEO,

Petitioner, Appellant,

v.

JANET RENO, STEVE FARQUHARSON, AND DORIS MEISSNER,

Respondents, Appellees.

ERRATA

The opinion of this court issued September 11, 2000, is amended as follows:

On page 7, line 5, "1996" should read "1991."

On page 8, footnote 6, line 3, "with" should read "the."